**Date of Arrest: 06/14**

# United States District Court

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

V.

Jose GUARDADO-Ramirez
Citizen of El Salvador
YOB:1990
215569732
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: **24-01908MJ**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November 11, 2022, Defendant Jose GUARDADO-Ramirez, an alien, was removed from the United States to El Salvador through Alexandria, Louisiana, in pursuance of law, and thereafter on or about June 14, 2024, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about June 14, 2024, near San Luis, Arizona, in the District of Arizona, Defendant Jose GUARDADO-Ramirez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   ☒ Yes      ☐ No

_Louis NT_

Sworn to before me and subscribed telephonically,

_George Sosa Jr_
Signature of Complainant

Kaylee Tang
Border Patrol Agent

_____June 17, 2024_____   at   Yuma, Arizona
Date                                                                      City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

_signature_
Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:                          Jose GUARDADO-Ramirez

Dependents:                         None

**IMMIGRATION HISTORY:**            The Defendant is an illegal alien.  The Defendant has been
                                    apprehended by the United States Border Patrol on one (1)
                                    previous occasion.  The Defendant has been removed a total
                                    of two (2) times.  The Defendant was last removed through
                                    Alexandria, Louisiana on November 11, 2022.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|------|----------|---------|-------------|
| 03/07/2022 | Lorton, Virginia | Illegal Entry | Ordered Removed from the US (IJ) (NTA) |
| 03/08/2022 | Yuma, Arizona | Illegal Re Entry | Ordered Removed from the US (AGENCY) (REIN) |
| 03/29/2022 | Yuma, Arizona | 1325 | 30 Days in Prison |

Narrative:      The Defendant, a citizen of El Salvador and illegally within the United States, was
                encountered by Border Patrol Agents near San Luis, Arizona.

                The Defendant was questioned as to his citizenship and immigration status. From that
                questioning Border Patrol Agents determined that the Defendant is an undocumented
                national of El Salvador and illegally in the United States.

                The Defendant was transported to the Border Patrol Station for processing. During
                processing, questioning and computer record checks the above criminal and
                immigration information was obtained as it relates to this Defendant.

                The Defendant was first ordered removed at or near Lorton, Virginia on or about
                March 07, 2022.

                The Defendant last entered the United States illegally without inspection near San
                Luis, Arizona on June 14, 2024.

                To the best of my knowledge and belief, the following is a list of Border Patrol law
                enforcement personnel present during interviews, statements and questioning of the
                Defendant in this matter from initial contact through the writing of this document:
                BPA Robert Cummings and BPA Aaron Hernandez.

                To the best of my knowledge and belief, the following is a list of all Border Patrol
                law enforcement personnel not already mentioned above who were present and/or
                took part in other parts of this investigation (e.g., arrest, search, proactive
                investigation, surveillance, etc) from initial field contact through the writing of this
                document: BPA Garry Wegener and BPA Alfredo Rozell.

Charges:
                8 USC 1326(a)                    (Felony)
                8 USC 1325(a)(1)                 (Misdemeanor)

                                                _George Sosa Jr_
                                                Signature of Complainant

Sworn to before me and subscribed telephonically,

_____
        June 17, 2024
Date                                            _____
                                                Signature of Judicial Officer

## *Probable Cause Statement*

*I, Border Patrol Agent Kaylee Tang, declare under penalty of perjury, the following is true and correct:*

Defendant: **Jose GUARDADO-Ramirez**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of two (2) times. The Defendant was last removed through Alexandria, Louisiana on November 11, 2022.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|------|----------|---------|-------------|
| 03/07/2022 | Lorton, Virginia | Illegal Entry | Ordered Removed from the US (IJ) (NTA) |
| 03/08/2022 | Yuma, Arizona | Illegal Re Entry | Ordered Removed from the US (AGENCY) (REIN) |
| 03/29/2022 | Yuma, Arizona | 1325 | 30 Days in Prison |

Narrative: The Defendant, a citizen of El Salvador and illegally within the United States, was encountered by Border Patrol Agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning Border Patrol Agents determined that the Defendant is an undocumented national of El Salvador and illegally in the United States.

The Defendant was transported to the Border Patrol Station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Lorton, Virginia on or about March 07, 2022.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on June 14, 2024.

**Executed on: June 15, 2024**          *Time: 09:42 AM MST*

*Signed:* **Kaylee Tang, Border Patrol Agent**          *Kaylee Tang*